Lonnie **BOYD, Plaintiff—Appellant,**

v.

**CHESAPEAKE CORRECTIONAL CENTER, Medical Department; Ms. Bonney, Nurse; Ms. Topin, Nurse, Defendants—Appellees.**

No. 09–7946.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 4, 2010.

Lonnie Boyd, Appellant Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lonnie Boyd appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boyd v. Chesapeake Corr. Ctr.,* No. 2:09–cv–00328–JBF–FBS (E.D.Va. Sept. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

268

and argument would not aid the decisional process.

*AFFIRMED.*